# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGEL, JOSE MANUEL | § | Case No. 11-02828 |
| ESCAMILLA, BLANCA ROCIO | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-02828  JPC  Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | Date Filed (f) or Converted (c): | 01/25/11 (f) |
|  | ESCAMILLA, BLANCA ROCIO | 341(a) Meeting Date: | 03/09/11 |
| For Period Ending: | 10/24/11 | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with Fifth Third Bank | 220.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Necessary wearing apparel. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Earrings, watch, costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Anticipated 2010 Federal Income Tax refund | 5,000.00 | 4,520.00 |  | 7,252.00 | FA |
| 9. 2003 Chevrolet Avalanche with 79,000 miles | 9,100.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Chevrolet Silverado with 188,000 miles | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 11. Two dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 0.23 | FA |
| TOTALS (Excluding Unknown Values) | $27,520.00 | $4,520.00 |  | $7,252.23 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

non-exempt tax refund intercepted.  Exemption paid to debtors.

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 12/31/11

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                      Ver: 16.04c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-02828 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | Bank Name: | Bank of America, N.A. |
| | ESCAMILLA, BLANCA ROCIO | Account Number / CD #: | *******4843 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5239 | | |
| For Period Ending: | 10/24/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/11 | 8 | United States Treasury | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 7,252.00 | | 7,252.00 |
| 05/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 7,252.01 |
| 06/10/11 | 000101 | JOSE M. ANGEL AND BLANCA R. ANGEL | DEBTOR EXEMPTIONS | 8100-002 | | 480.00 | 6,772.01 |
| | | 5514 S. KEELER AVE. | pursuant to Debtors' scheduled exemptions | | | | |
| | | CHICAGO, IL 60629 | | | | | |
| 06/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,772.07 |
| 07/29/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,772.12 |
| 08/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,772.18 |
| 09/29/11 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,772.23 |
| 09/29/11 | | Transfer to Acct #*******5279 | Final Posting Transfer | 9999-000 | | 6,772.23 | 0.00 |

| | COLUMN TOTALS | 7,252.23 | 7,252.23 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 6,772.23 | |
| | Subtotal | 7,252.23 | 480.00 | |
| | Less: Payments to Debtors | | 480.00 | |
| | Net | 7,252.23 | 0.00 | |

Page Subtotals 7,252.23 7,252.23

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-02828 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | Bank Name: | Bank of America, N.A. |
| | ESCAMILLA, BLANCA ROCIO | Account Number / CD #: | *******5279 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5239 | | |
| For Period Ending: | 10/24/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #*******4843 | Transfer In From MMA Account | 9999-000 | 6,772.23 | | 6,772.23 |

|  |  | COLUMN TOTALS | 6,772.23 | 0.00 | 6,772.23 |
|---|---|---|---|---|---|
|  | Less: | Bank Transfers/CD's | 6,772.23 | 0.00 | |
|  |  | Subtotal | 0.00 | 0.00 | |
|  | Less: | Payments to Debtors | | 0.00 | |
|  |  | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********4843 | 7,252.23 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5279 | 0.00 | 0.00 | 6,772.23 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,252.23 | 0.00 | 6,772.23 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,772.23 0.00

Case 11-02828    Doc 21    Filed 10/25/11    Entered 10/25/11 16:09:52    Desc Main
Document      Page 6 of 9

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 24, 2011 |
|---|---|---|---|---|---|---|

Case Number: 11-02828  
Debtor Name: ANGEL, JOSE MANUEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,125.41 | $0.00 | $1,125.41 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,737.71 | $0.00 | $4,737.71 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $995.97 | $0.00 | $995.97 |
| 000004<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,827.50 | $0.00 | $3,827.50 |
| 000005<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $201.99 | $0.00 | $201.99 |
| 000006<br>070<br>7100-00 | Main Street Acquisitions Corp., assignee<br>of HSBC CARD SERVICES (III) INC.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,310.45 | $0.00 | $9,310.45 |
| | Case Totals: | | | $20,199.03 | $0.00 | $20,199.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-02828
Case Name: ANGEL, JOSE MANUEL
      ESCAMILLA, BLANCA ROCIO
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

      Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ | $ | $ |
| 000004 | Capital Recovery III LLC | $ | $ | $ |
| 000005 | GE Money Bank | $ | $ | $ |
| 000006 | Main Street Acquisitions Corp., assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE