# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGEL, JOSE MANUEL | § | Case No. 11-02828 |
| ESCAMILLA, BLANCA ROCIO | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/17/2011 in Courtroom 619,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2011                  By: /s/ Andrew J. Maxwell
                                                                              Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ANGEL, JOSE MANUEL § Case No. 11-02828
ESCAMILLA, BLANCA ROCIO §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,252.23 |
| and approved disbursements of | $ | 480.00 |
| leaving a balance on hand of[1] | $ | 6,772.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,427.22 | $ 0.00 | $ 1,427.22 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,427.22 |
| Remaining Balance | | | $ 5,345.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,199.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 1,125.41 | $ 0.00 | $ 297.80 |
| 000002 | Discover Bank | $ 4,737.71 | $ 0.00 | $ 1,253.68 |
| 000003 | American InfoSource LP as agent for Citibank N.A. | $ 995.97 | $ 0.00 | $ 263.55 |
| 000004 | Capital Recovery III LLC | $ 3,827.50 | $ 0.00 | $ 1,012.82 |
| 000005 | GE Money Bank | $ 201.99 | $ 0.00 | $ 53.45 |
| 000006 | Main Street Acquisitions Corp., assignee | $ 9,310.45 | $ 0.00 | $ 2,463.71 |

Total to be paid to timely general unsecured creditors        $ 5,345.01

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-02828-JPC
Jose Manuel Angel  Chapter 7
Blanca Rocio Escamilla
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ccabrales           Page 1 of 2           Date Rcvd: Oct 26, 2011
                            Form ID: pdf006           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
```
db/jdb       +Jose Manuel Angel,   Blanca Rocio Escamilla,    3531 W. 58th St.,   Chicago, IL 60629-3807
16715314     +AT&T - Lucent Technologies,   Bankruptcy Department,    2300 Cabot Dr. #5FL,
               Lisle, IL 60532-4619
17542500      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
16715286     +Blatt, Hasenmiller, Leibsker,   2009-M1-166004,    125 S. Wacker Dr. Suite 400,
               Chicago, IL 60606-4440
16715312     +CMRE Financial Services, Inc.,   Bankruptcy Department,    3075 E. Imperial Hwy., #200,
               Brea, CA 92821-6753
16715297     +Carson/HSBC,   Bankruptcy Department,   PO Box 15521,    Wilmington, DE 19850-5521
16715302     +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16715284      Citibank,   Bankruptcy Department,   PO Box 6000,    The Lakes, NV 89163-6000
16715300     +Clerk, Chancery,   Doc#2009-CH-43277,   50 W. Washington St., Room 802,    Chicago, IL 60602-1305
16715288     +Clerk, First Mun Div,   Doc #10 SC 3188,   50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
16715285     +Clerk, First Mun Div,   Doc #2009-M1-166004,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
16715293     +Clerk, First Mun Div,   Doc #2009-M1-205857,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
16715290     +Clerk, First Mun Div,   Doc #2010-M1-192878,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
16715289     +Equable Ascent Financial LLC,   Bankruptcy Department,    PO Box 5336,   Chicago, IL 60680-5336
16715299    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Attn: Bankruptcy Dept.,
               251 North Illinois Street,   Suite 1000,   Indianapolis, IN 46202)
16715304     +GM Card,   Attn: Bankruptcy Dept.,   1301 Tower Rd.,   Schaumburg, IL 60173-4331
16715287     +Hand and Plastic Surgery,   Attn: Bankruptcy Dept.,    1200 S. York Rd/,   Sutie #3200,
               Elmhurst, IL 60126-5626
16715311      MacNeal Hospital,   Bankruptcy Department,   75 Remittance Dr., Ste. 1209,
               Chicago, IL 60675-1209
17706896      Main Street Acquisitions Corp., assignee,    of HSBC CARD SERVICES (III) INC.,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16715292      Mainstreet Acquisition/GM Card,   POB 3001,   Malvern PA 19355-0701
16715298      Maria Escamilla,   W. 21st Place,   Chicago, IL 60608
16715296     +Maria F. Escamilla,   2607 W. 21st Place,   Chicago, IL 60608-3512
16715315     +NCO Financial System,   Bankruptcy Department,    PO Box 15630,   Wilmington, DE 19850-5630
16715309     +Nations Recovery Center, Inc.,   Bankruptcy Department,    PO Box 620421,   Atlanta, GA 30362-2421
16715301     +Pierce & Associates,   2009-CH-43277,   1 N. Dearborn St. #1300,    Chicago, IL 60602-4321
16715305     +RBS Credit Card Services,   Bankruptcy Department,    PO Box 42010,   Providence, RI 02940-2010
16715294     +Shindler Law Firm,   2009-M1-205857,   1990 E. Algonquin Rd Suite 180,
               Schaumburg, IL 60173-4164
16715283     +TCF National Bank,   Attn: Bankruptcy Department,    PO Box 170995,   Milwaukee, WI 53217-8096
16715317     +Target,   Bankruptcy Department,   PO Box 673, Mailstop 6CA,    Minneapolis, MN 55440-0673
16715313     +Target National Bank,   Bankruptcy Dept.,   PO Box 59317,    Minneapolis, MN 55459-0317
16715291     +Weltman, Weinberg & Reis Co.,   2010-M1-192878,    180 N. LaSalle St., Ste. 2400,
               Chicago, IL 60601-2704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17357592      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:09:50
               American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK 73124-8840
17326244      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2011 04:19:45
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
17527313      E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2011 04:13:40     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16715310      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 27 2011 04:11:57     Discover Financial Services,
               Bankruptcy Department,   PO Box 3008,   New Albany, OH 43054
17326482      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 27 2011 04:11:57     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17686361      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16715316      E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2011 04:13:39     Gap/MCCBG,   Attn: Bankruptcy Dept.,
               PO Box 105980,   Dept. 72,   Atlanta, GA 30353-5980
16715295     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 27 2011 04:13:09     Kohl's Credit/Recovery,
               Bankruptcy Department,   PO Box 3004,   Milwaukee, WI 53201-3004
16715306     +E-mail/Text: bankruptcy@leadingedgerecovery.com Oct 27 2011 02:09:47
               Leading Edge Recovery Solution,   Bankruptcy Department,    5440 N. Cumberland Ave., #300,
               Norridge, IL 60656-1486
16715291     +E-mail/Text: BKRMailOps@weltman.com Oct 27 2011 02:09:53     Weltman, Weinberg & Reis Co.,
               2010-M1-192878,   180 N. LaSalle St., Ste. 2400,   Chicago, IL 60601-2704
                                                                                             TOTAL: 10
```

```
District/off: 0752-1            User: ccabrales             Page 2 of 2             Date Rcvd: Oct 26, 2011
                                Form ID: pdf006             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16715303*    +Maria F. Escamilla,    2607 W 21st Place,    Chicago, IL 60608-3512
16715307   ##+CitiFinancial Auto,    Bankruptcy Department,    PO Box 182287,    Columbus, OH 43218-2287
16715308   ##+Wells Fargo,    Bankruptcy Department,    1300 E. McGalliard,    Muncie, IN 47303-2274
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**                         **Signature:**      /s/ Joseph Speetjens