UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
ANGEL, JOSE MANUEL § Case No. 11-02828
ESCAMILLA, BLANCA ROCIO §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSE M. ANGEL AND BLANCA R. ANGEL |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| [x] None |  |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT&T - Lucent Technologies Bankruptcy Department 2300 Cabot Dr. #5FL Lisle IL 60532 | | | | | |
| 10 | GM Card Attn: Bankruptcy Dept. 1301 Tower Rd. Schaumburg IL 60173 | | | | | |
| 11 | Hand and Plastic Surgery Attn: Bankruptcy Dept. 1200 S. York Rd/ Elmhurst IL 60126 | | | | | |
| 12 | Kohl's Credit/Recovery Bankruptcy Department PO Box 3004 Milwaukee WI 53201 | | | | | |
| 13 | MacNeal Hospital Bankruptcy Department 75 Remittance Dr., Ste. 1209 Chicago IL 60675-1209 | | | | | |
| 15 | RBS Credit Card Services Bankruptcy Department PO Box 42010 Providence RI 02940 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Target Bankruptcy Department PO Box 673, Mailstop 6CA Minneapolis MN 55417 | | | | | |
| | 17 Target National Bank Bankruptcy Dept. PO Box 59317 Minneapolis MN 55459 | | | | | |
| | 18 TCF National Bank Attn: Bankruptcy Department PO Box 170995 Milwaukee WI 53217 | | | | | |
| | 19 Wells Fargo Bankruptcy Department 1300 E. McGalliard Muncie IN 47303 | | | | | |
| | 2 Carson/HSBC Bankruptcy Department PO Box 15521 Wilmington DE 19805 | | | | | |
| | 3 Chase Bankruptcy Department 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | 4 Citibank Bankruptcy Department PO Box 6000 The Lakes NV 89163-6000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 CitiFinancial Auto Bankruptcy Department PO Box 182287 Columbus OH 43218 | | | | | |
| | 6 Discover Financial Services Bankruptcy Department PO Box 3008 New Albany OH 43054 | | | | | |
| | 7 Equable Ascent Financial LLC Bankruptcy Department PO Box 5336 Chicago IL 60680 | | | | | |
| | 8 Fifth Third Bank Attn: Bankruptcy Dept. 251 North Illinois Street Indianapolis IN 46202 | | | | | |
| | Blatt, Hasenmiller, Leibsker 2009-M1-166004 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | CMRE Financial Services, Inc. Bankruptcy Department 3075 E. Imperial Hwy., #200 Brea CA 92821 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk, Chancery Doc#2009-CH-43277 50 W. Washington St., Room 802 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #10 SC 3188 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #2009-M1-166004 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #2009-M1-205857 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #2010-M1-192878 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Leading Edge Recovery Solution Bankruptcy Department 5440 N. Cumberland Ave., #300 Norridge IL 60656 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NCO Financial System Bankruptcy Department PO Box 15630 Wilmington DE 19850 |  |  |  |  |  |
|  | Nations Recovery Center, Inc. Bankruptcy Department PO Box 620421 Atlanta GA 30362 |  |  |  |  |  |
|  | Pierce & Associates 2009-CH-43277 1 N. Dearborn St. #1300 Chicago IL 60602 |  |  |  |  |  |
|  | Shindler Law Firm 2009-M1-205857 1990 E. Algonquin Rd Suite 180 Schaumburg IL 60173 |  |  |  |  |  |
|  | Weltman, Weinberg & Reis Co. 2010-M1-192878 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 |  |  |  |  |  |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL RECOVERY III LLC | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| 000006 | MAIN STREET ACQUISITIONS CORP., ASS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-02828 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | | | Date Filed (f) or Converted (c): | 01/25/11 (f) |
| | ESCAMILLA, BLANCA ROCIO | | | 341(a) Meeting Date: | 03/09/11 |
| For Period Ending: | 12/23/11 | | | Claims Bar Date: | 08/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with Fifth Third Bank | 220.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Necessary wearing apparel. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Earrings, watch, costume jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Pension w/ Employer/Former Employer - 100% Exempt. | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Anticipated 2010 Federal Income Tax refund | 5,000.00 | 4,520.00 | | 7,252.00 | FA |
| 9. 2003 Chevrolet Avalanche with 79,000 miles | 9,100.00 | 0.00 | DA | 0.00 | FA |
| 10. 2000 Chevrolet Silverado with 188,000 miles | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 11. Two dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.23 | FA |
| TOTALS (Excluding Unknown Values) | $27,520.00 | $4,520.00 | | $7,252.23 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10-25-2011- TFR filed

non-exempt tax refund intercepted. Exemption paid to debtors.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.04e

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-02828 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | Bank Name: | Bank of America, N.A. |
| | ESCAMILLA, BLANCA ROCIO | Account Number / CD #: | *******4843  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5239 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/11 | 8 | United States Treasury | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 7,252.00 | | 7,252.00 |
| 05/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 7,252.01 |
| 06/10/11 | 000101 | JOSE M. ANGEL AND BLANCA R. ANGEL | DEBTOR EXEMPTIONS | 8100-002 | | 480.00 | 6,772.01 |
| | | 5514 S. KEELER AVE. | pursuant to Debtors' scheduled exemptions | | | | |
| | | CHICAGO, IL 60629 | | | | | |
| 06/30/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,772.07 |
| 07/29/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,772.12 |
| 08/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,772.18 |
| 09/29/11 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,772.23 |
| 09/29/11 | | Transfer to Acct #*******5279 | Final Posting Transfer | 9999-000 | | 6,772.23 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,252.23 | 7,252.23 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,772.23 | |
| Subtotal | 7,252.23 | 480.00 | |
| Less:  Payments to Debtors | | 480.00 | |
| Net | 7,252.23 | 0.00 | |

Page Subtotals       7,252.23       7,252.23

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-02828 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | Bank Name: | Bank of America, N.A. |
| | ESCAMILLA, BLANCA ROCIO | Account Number / CD #: | *******5279 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5239 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #*******4843 | Transfer In From MMA Account | 9999-000 | 6,772.23 | | 6,772.23 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 8.63 | 6,763.60 |
| 11/09/11 | | Bank of America | Reversal of Bank Service Fee | 2600-000 | 8.63 | | 6,772.23 |
| 11/22/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-000 | | 1,427.22 | 5,345.01 |
| 11/22/11 | 001002 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | | 7100-000 | | 297.80 | 5,047.21 |
| 11/22/11 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1,253.68 | 3,793.53 |
| 11/22/11 | 001004 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | | 7100-000 | | 263.55 | 3,529.98 |
| 11/22/11 | 001005 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 1,012.82 | 2,517.16 |
| 11/22/11 | 001006 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 53.45 | 2,463.71 |
| 11/22/11 | 001007 | Main Street Acquisitions Corp., assignee<br>of HSBC CARD SERVICES (III) INC.<br>c o Becket and Lee LLP | | 7100-000 | | 2,463.71 | 0.00 |

Page Subtotals 6,780.86 6,780.86

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-02828 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ANGEL, JOSE MANUEL | | Bank Name: | Bank of America, N.A. |
| | ESCAMILLA, BLANCA ROCIO | | Account Number / CD #: | *******5279 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5239 | | | |
| For Period Ending: | 12/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | POB 3001<br>Malvern, PA 19355-0701<br>Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.29 | -7.29 |
| 12/06/11 | | Bank of America | reversal of bank service fee | 2600-000 | 7.29 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,788.15 | 6,788.15 | 0.00 |
| Less: Bank Transfers/CD's | 6,772.23 | 0.00 | |
| Subtotal | 15.92 | 6,788.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15.92 | 6,788.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********4843 | 7,252.23 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5279 | 15.92 | 6,788.15 | 0.00 |
| | 7,268.15 | 6,788.15 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7.29     7.29

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*